FARMERS & MERCHANTS STATE BANK OF HAWLEY v. THEODORE MELLUM AND OTHERS.[1]

April 27, 1928.

No. 26,388.

**Application to recall remittitur denied. [Reporter]**

In this case there was judgment for the plaintiff in the district court for Clay county, Nye, J. which was affirmed on appeal. 173 Minn. 325. The remittitur went down in due course. This is an application in this court by the defendant First National Bank of Ulen to recall it. Application denied.

*Henry C. Stiening* and *F. H. Peterson,* for plaintiff.

*F. A. Grady,* for defendant.

[1]Reported in 219 N. W. 179.

PER CURIAM.

The remittitur in the above entitled cause was issued by this court on February 4 and was filed in the office of the clerk of the trial court on February 6, 1928. The application of the defendant First National Bank of Ulen to recall the remittitur is denied on authority of Rud v. Commrs. of Pope County, 66 Minn. 358, 68 N. W. 1062, 69 N. W. 886; Hunt v. Meeker Co. A. & L. Co. 130 Minn. 530, 152 N. W. 866; and Nason v. Barrett, 141 Minn. 220, 169 N. W. 804.